COMMONWEALTH of Pennsylvania

v.

**Steven Dennis PACEK, Appellant.**

Supreme Court of Pennsylvania.

Argued March 11, 1998.

Decided April 3, 1998.

Carol L. Rosen, Pittsburgh, for Steven Dennis Pacek.

John B. Mancke, Harrisburg, for ACLU/PACDL-Amicus.

Claire C. Capristo, Pittsburgh, James R. Gilmore, for Commonwealth.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

**Thomas G. FLEMING, Jr., Appellant,**

v.

**CITY OF ST. MARY'S.**

Supreme Court of Pennsylvania.

Argued March 10, 1998.

Decided April 3, 1998.

John R. Fernan, Ridgway, for Thomas G. Fleming.

Thomas G. Wagner, St. Mary's, Charles M. Means, Pittsburgh, for City of St. Mary's.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Order affirmed.